UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| PATRICIA K. GREEN-SIMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:20-cv-00102-WCL-SLC ) |
| FIRST CHOICE HOUSING, LLC, | ) ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Patricia Green-Simpson, and Defendant, First Choice Housing, LLC, having reached an agreement to settle this matter, hereby stipulate to the dismissal with prejudice of all claims by Plaintiff, pursuant to Fed.R.Civ.Pro. 41(a)(1)(A), with each party to bear her/its own attorneys' fees and costs.

PATRICIA GREEN-SIMPSON                FIRST CHOICE HOUSING, LLC


/s/ Christopher C. Myers                         /s/ Melissa K. Taft
Christopher C. Myers                              Melissa K. Taft
Christopher C. Myers & Associates       Jackson Lewis P.C.
809 South Calhoun Street, Suite 400     211 North Pennsylvania Street, Suite 1700
Fort Wayne, Indiana 46802                    Indianapolis, Indiana 46202
cmyers@myers-law.com                         melissa.taft@jacksonlewis.com


4825-9343-1014, v. 1